## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tammie Michelle Cobb

Write the full name of each plaintiff.

"See attached"

-against-

Internal Revenue Service
Anne Marie Dion
Allison Vermette
John Doe - (IRS Union Representative) Phil

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Attachment - Complaint

Internal Revenue Service

Gerald Melvin

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Retaliation

Discrimination

Harassment

Whistleblowing

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *Tammie Michelle Cobb*, is a citizen of the State of
(Plaintiff's name)

*Connecticut*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _New_____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Tammie_____  _M_____  _Cobb_____
First Name         Middle Initial   Last Name

_NA_____
Street Address

_Fairfield County_____  _Connecticut___  _NA_____
County, City                State            Zip Code

_(203) 850-5261_____  _Cobbt2006@yahoo.com_____
Telephone Number            Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Anne Marie Dion
First Name                          Last Name
Revenue Officer - On Job Trainer
Current Job Title (or other identifying information)  4th Floor
275 Chestnut Street
Current Work Address (or other address where defendant may be served)
Hillsborough Manchester    NH    03101
County, City                        State              Zip Code

Defendant 2:    Allison    Vermette
First Name                          Last Name
General Manager
Current Job Title (or other identifying information)
410 Amherst Street
Current Work Address (or other address where defendant may be served)
Hillsborough Nashua    NH    03063
County, City                        State              Zip Code

Defendant 3:    Gerald    Melvin
First Name                          Last Name
District Manager
Current Job Title (or other identifying information)
1200 Waters Place
Current Work Address (or other address where defendant may be served)
Westchester Bronx New York    10461
County, City    Bronx            State              Zip Code

Page 4

Defendant 4:    Phil - (John Doe)                    NA
                First Name                    Last Name
                Union Representative for IRS
                Current Job Title (or other identifying information)
                NA
                Current Work Address (or other address where defendant may be served)
                NA                    New Hampshire
                County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 275 Chestnut Street. Manchester NH, 0310

Date(s) of occurrence: 11/2023 - 01/2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I Tammie M Cobb was forced to resign or be terminated from my position as a Revenue Officer Trainee. The IRS states that I broke the rules for having outside employment without permission. Prior to being forced to resign, I was harassed, humiliated, and work space viola by the On the job trainer. Once I made the General Manager and the Union Leader aware of what I experienced, I was forced to resign or be terminated. However, I had also raised concerns to my general Manager about being afraid of the adversity that I faced After being called a Nigger in the State of NH. I also spoke to Phil - the Union Representative about my disability, in which Union Rep told me to not disclose to Management.

Page 5

Prior to being forced to resign or be terminat I was sent to Atlanta for training just to be told I needed to return immediately. I was pulled out of training and forced to return to NH. Once I became a whistleblower by reporting the wrong doing of the On the job trainer and once I raised my concerns about the adversity that I faced in the State of New Hampshire, I was forced by the Union to resign or be terminated.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Since these actions, my anxiety has exacerbated. I am currently on medicatio and taking more of medication since injured. The actions of the defendant: has caused me a instant hardship and homelessness.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am asking the court for back wages that were lost from 01/24/2024 an Punitive damages, pain and suffering.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/17/2024
**Dated**

_Tammie_
**First Name**

_M_
**Middle Initial**

_Cobb_
**Last Name**

_Jammiee M. Cobb_
**Plaintiff's Signature**

_NA_
**Street Address**

**County, City**

_Connecticut_
**State**

**Zip Code**

(203) 850-5261
**Telephone Number**

Cobb2006@yahoo.Com
**Email Address (if available)**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7