UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammie Michelle Cobb

    v.                                    Case No. 24-cv-368-SE

Internal Revenue Service, et al

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 3, 2025. For the reasons explained therein, plaintiff's case is dismissed without prejudice.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

**SO ORDERED.**

                                                                _____
                                                                Samantha D. Elliott
                                                                United States District Judge

Date: April 22, 2025

cc:   Tammie Michelle Cobb, pro se